

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00973-CV

James P. **GORDON**,
Appellant

v.

Amy A. **GORDON**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-08529
Honorable Mary Lou Alvarez, Judge Presiding

Opinion by:    Lori Massey Brissette, Justice

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

Delivered and Filed: October 16, 2024

ORDER VACATED; APPEAL DISMISSED

After we set this appeal for submission, on August 19, 2024, Appellant James P. Gordon advised this court that the parties had signed a mediated settlement agreement. The notice also stated that Appellant's counsel had prepared and circulated to opposing counsel a joint motion to (1) vacate the order appointing a receiver and (2) dismiss this appeal.

On September 10, 2024, Appellant filed a potentially opposed motion to (1) vacate the order appointing a receiver and (2) dismiss this appeal under Rule 42.1(a)(2)(B). *See* TEX. R. APP.

P. 42.1(a)(2)(B).  Appellant reiterated that "[t]he parties have reached an agreement to resolve the underlying lawsuit and the instant appeal."

On September 13, 2024, we advised Appellee Amy A. Gordon that if she wished to file a response to Appellant's motion, she must do so by September 23, 2024.  We advised her that if she did not file a response by the due date, we would conclude that she agrees with Appellant's motion, and we would (1) vacate the order appointing a receiver and (2) dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

To date, Appellee has not filed a response.  Accordingly, we vacate the trial court's November 3, 2023 order appointing a receiver, and we dismiss this appeal.  *See id.*

Lori Massey Brissette, Justice